UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------------X

JACK ARGILA, in his fiduciary capacity as a Trustee for the POINTERS, CLEANERS & CAULKERS WELFARE, PENSION & ANNUITY FUNDS, the BRICKLAYERS JOINT APPRENTICE TRAINING FUND, the LABOR MANAGEMENT FUND, and the PROMOTION FUND; and as President of the BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL UNION NO. 1, B.A.C.I.U., AFL-CIO; and the TRUSTEES of the BRICKLAYERS AND TROWEL INTERNATIONAL PENSION FUND and the INTERNATIONAL MASONRY INSTITUTE,

No. 22-cv-3324

**STIPULATION TO EXTEND TIME TO ANSWER**

Plaintiffs,

-against-

S&N BUILDERS, INC.; SAKANDER RAJA; DOE GENERAL CONTRACTOR; ENDURANCE ASSURANCE CORP.; NORTH AMERICAN SPECIALTY INSURANCE COMPANY, and QBE INSURANCE COMPANY,

Defendants.

------------------------------------------------------------------------------X

It is hereby stipulated and agreed by and between attorneys for Plaintiffs and attorneys for Defendant Swiss Re Corporate Solutions America Insurance Corporation s/h/a North American Specialty Insurance Company ("Swiss Re"), that the time within which Swiss Re may serve and file a response to Plaintiff's Complaint be and hereby is extended through and including April 4, 2025.

Dated: New York, New York
February 28, 2025

| | |
|---|---|
| **HOLM & O'HARA LLP**<br>*Attorneys for Plaintiff* | **GOTTESMAN, WOLGEL, FLYNN & WEINBERG, P.C.**<br>*Attorneys for Defendant Swiss Re Corporate Solutions America Insurance Corporation s/h/a North American Specialty Insurance Company* |
| By: */s/ Katherine M. Morgan*<br>   Katherine M. Morgan, Esq | By: */s/ Steven Weinberg*<br>   Steven Weinberg, Esq. |