UNITED STATES DISTRICT COURT for the
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------X

JACK ARGILA, in his fiduciary capacity as a Trustee for the : 
POINTERS, CLEANERS & CAULKERS WELFARE, :
PENSION & ANNUITY FUNDS, the BRICKLAYERS JOINT :  **STIPULATION OF**
APPRENTICE TRAINING FUND, the LABOR :  **DISMISSAL AS TO**
MANAGEMENT FUND, and the PROMOTION FUND; :  **DEFENDANT**
and as President of the BRICKLAYERS AND ALLIED :  **ENDURANCE**
CRAFTWORKERS LOCAL UNION NO. 1, B.A.C.I.U., :  **ASSURANCE**
AFL-CIO; and the TRUSTEES of the BRICKLAYERS AND :  **CORP.**
TROWEL TRADES INTERNATIONAL PENSION FUND and :
the INTERNATIONAL MASONRY INSTITUTE, :
 :
                                                Plaintiffs, :  22-CV-3324
 :
                -against- :  (Merkl, M.J.)
 :
S&N BUILDERS, INC.; SAKANDER RAJA; DOE GENERAL :
CONTRACTOR; ENDURANCE ASSURANCE CORP.; :
NORTH AMERICAN SPECIALTY INSURANCE COMPANY; :
and QBE INSURANCE CORPORATION, :
 :
                                                Defendants. :

---------------------------------------------------------------------------X

     IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiffs and counsel for Defendant Endurance Assurance Corp. ("Endurance"), that the above-captioned action is voluntary dismissed, with prejudice, as against Defendant Endurance pursuant to the Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii).

Dated:  New York, New York
     April 22, 2025

MILBER MAKRIS PLOUSADIS & SEIDEN, LLP      HOLM & O'HARA LLP
*Attorneys for Defendant Endurance*            *Attorneys for Plaintiffs*


/s/ Joseph J. Cooke                /s/ Katherine M. Morgan
Joseph J. Cooke                     Katherine M. Morgan
1000 Woodbury Road               3 West 35th Street, 9th Floor
Woodbury, NY 11797                New York, NY 10001
(516) 870-1127                       (212) 682-2576
jcooke@milbermakris.com           k.morgan@hohlaw.com


            **SO ORDERED**: _____

                       Hon. Taryn A. Merkl, U.S.M.J