UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------X
JACK ARGILA, in his fiduciary capacity as a Trustee for the
POINTERS, CLEANERS & CAULKERS WELFARE, PENSION
& ANNUITY FUNDS, the BRICKLAYERS JOINT
APPRENTICE TRAINING FUND, the LABOR MANAGEMENT
FUND, and the PROMOTION FUND; and as President of the
BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL
UNION NO. 1, B.A.C.I.U., AFL-CIO; and the TRUSTEES of the
BRICKLAYERS AND TROWEL INTERNATIONAL PENSION
FUND and the INTERNATIONAL MASONRY INSTITUTE,

No. 22-cv-3324

**STIPULATION TO EXTEND TIME TO ANSWER**

Plaintiffs,

-against-

S&N BUILDERS, INC.; SAKANDER RAJA;
DOE GENERAL CONTRACTOR; ENDURANCE
ASSURANCE CORP.; NORTH AMERICAN SPECIALTY
INSURANCE COMPANY, and QBE INSURANCE COMPANY,

Defendants.
--------------------------------------------------------------------------X

It is hereby stipulated and agreed by and between attorneys for Plaintiffs and attorneys for Defendant Swiss Re Corporate Solutions America Insurance Corporation s/h/a North American Specialty Insurance Company ("Swiss Re"), that the time within which Swiss Re may serve and file a response to Plaintiff's Complaint be and hereby is extended through and including June 5, 2025.

Dated: New York, New York
       May 1, 2025

**HOLM & O'HARA LLP**
*Attorneys for Plaintiff,*


By:_____
    Katherine M. Morgan, Esq

**GOTTESMAN, WOLGEL, FLYNN & WEINBERG, P.C.**
*Attorneys for Defendant Swiss Re Corporate Solutions America Insurance Corporation s/h/a North American Specialty Insurance Company*

By:_____
    Steven Weinberg, Esq.