UNITED STATES DISTRICT COURT for the
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------------X

JACK ARGILA, in his fiduciary capacity as a Trustee for the POINTERS, CLEANERS & CAULKERS WELFARE, PENSION & ANNUITY FUNDS, the BRICKLAYERS JOINT APPRENTICE TRAINING FUND, the LABOR MANAGEMENT FUND, and the PROMOTION FUND; and as President of the BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL UNION NO. 1, B.A.C.I.U., AFL-CIO; and the TRUSTEES of the BRICKLAYERS AND TROWEL TRADES INTERNATIONAL PENSION FUND and the INTERNATIONAL MASONRY INSTITUTE,

                        Plaintiffs,

     -against-

S&N BUILDERS, INC.; SAKANDER RAJA; DOE GENERAL CONTRACTOR; ENDURANCE ASSURANCE CORP.; NORTH AMERICAN SPECIALTY INSURANCE COMPANY; and QBE INSURANCE CORPORATION,

                        Defendants.

-------------------------------------------------------------------------------X

**NOTICE OF VOLUNTARY DISMISSAL AS TO QBE INSURANCE CORP.**

22-CV-3324

(Merkl, M.J.)

**PLAINTIFFS HEREBY VOLUNTARILY DISMISS** the above-captioned action as to Defendant QBE Insurance Corporation with prejudice and without costs, fees, or disbursement to either party as against the other, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Dated: New York, New York
       July 1, 2025

                                        Respectfully submitted,

                                        PITTA LLP
                                        *Attorneys for Plaintiffs*

                                 By: /s/ Katherine M. Morgan
                                        Katherine M. Morgan (KM 8860)
                                        120 Broadway, 28th Floor
                                        New York, New York 10271
                                        (212) 652-3868
                                        kmorgan@pittalaw.com