

# PITTA LLP
Attorneys at Law

120 Broadway<br>
28th Floor<br>
New York, New York 10271<br>
Telephone: (212) 652-3890<br>
Facsimile: (212) 652-3891<br>
<br>
**Katherine M. Morgan**<br>
**Partner**<br>
Direct Dial: (212) 652-3868<br>
kmorgan@pittalaw.com

July 2, 2025

<u>**Via ECF**</u>
The Honorable Taryn A. Merkl
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re: *Jack Argila, et al. v. S&N Builders, Inc., et al.*
       22-CV-03324 (Merkl, M.J.)
       **JOINT STATUS REPORT PER 6/25/25 ORDER**
       Our File No. 4067.241

Dear Magistrate Judge Merkl:

  The law firm of Pitta LLP represents the Plaintiff Funds and Union in the above-referenced action. Pursuant to Your Honor's June 25, 2025 Order, counsel for Plaintiffs, counsel for Defendants, S&N Builders, Inc. ("S&N") and Sakander Raja ("Raja") (S&N & Raja are the "S&N Defendants"), and counsel for Defendant North American Specialty Insurance Company n/k/a Swiss Re ("Swiss Re") respectfully submit this joint status letter to the Court.

  The S&N Defendants have agreed to pay the remaining principal due on the audit of S&N for the period January 1, 2016 through March 31, 2019. Plaintiffs have also been in discussion with the S&N Defendants and Swiss Re about the remaining amount due on the audit for the period April 1, 2019 through March 19, 2023 ("'19 – '23 Audit"), which includes a small amount due and owing on two projects bonded by Swiss Re. Once the Swiss Re projects on the '19 – '23 Audit are paid by either Swiss Re or S&N, then Plaintiffs can dismiss the claims as to Swiss Re, and the S&N Defendants would be the only remaining defendants in the action.

  Plaintiffs have made a settlement demand to the S&N Defendants with regard to the remaining principal amount due under the '19- '23 Audit and the additional amounts prescribed under the Employee Retirement Income Security Act of 1974 ("ERISA"). However, barring a satisfactory settlement proposal from the S&N Defendants, Plaintiffs intend to request a pre-

Hon. Taryn A. Merkl, U.S.M.J.
July 2, 2025
Page 2 of 2

motion conference to move for summary judgment against the S&N Defendants. Plaintiffs respectfully request 30 days to either reach a settlement with the S&N Defendants regarding the remaining principal and ERISA damages or file a pre-motion conference letter with the Court.

Thank you for your consideration of the foregoing.

Respectfully,

| MILBER MAKRIS PLOUSADIS & SEIDEN, LLP | GOTTESMAN, WOLGEL, FLYNN, & WEINBERG, P.C. | PITTA LLP |
|---|---|---|
| *Attorneys for S&N & Raja* | *Attorneys for Swiss Re* | *Attorneys for Plaintiffs* |
| /s/ Joseph J. Cooke | /s/ Steven Weinberg | /s/ Katherine M. Morgan |
| Joseph J. Cooke, Esq. | Steven Weinberg, Esq. | Katherine M. Morgan, Esq. |
| 1000 Woodbury Road | 11 Hanover Square, 4th Floor | 120 Broadway, 28th Floor |
| Woodbury, New York 11797 | New York, New York 10005 | New York, New York 10271 |
| (516) 712-4000 | (212) 495-0100 | (212) 652-3868 |
| jcooke@milbermakris.com | sweinberg@gottesmanlaw.com | kmorgan@pittalaw.com |